No. 94–6099. IN RE MENDIVE GONZALEZ; and

No. 94–6107. IN RE FLOWERS. Petitions for writs of habeas corpus denied.

No. 94–5659. IN RE JEFFUS; and

No. 94–5983. IN RE LOOMIS. Petitions for writs of mandamus denied.

No. 94–367. HEINTZ ET AL. v. JENKINS. C. A. 7th Cir. Certiorari granted.

No. 94–372. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES v. WHITECOTTON ET AL. C. A. Fed. Cir. Certiorari granted.

No. 94–395. UNITED STATES v. WILLIAMS. C. A. 9th Cir. Certiorari granted.

No. 94–23. CITY OF EDMONDS v. OXFORD HOUSE, INC., ET AL. C. A. 9th Cir. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 94–172. HUBBARD v. UNITED STATES. C. A. 6th Cir. Certiorari granted limited to the following question: "Whether petitioner's convictions under 18 U. S. C. § 1001 for knowingly making false statements in pleadings filed with the Bankruptcy Court are barred by the so-called 'judicial function' exception to § 1001."

No. 94–329. ROSENBERGER ET AL. v. RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA ET AL. C. A. 4th Cir. Motions of Intercollegiate Studies Institute and Christian Legal Society et al. for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 93–2073. DASHNAW v. PENA, SECRETARY OF TRANSPORTATION. C. A. D. C. Cir. Certiorari denied.